**Opinion issued June 27, 2023**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-22-00708-CV**

———————————

**IN RE C. D. K., Relator**

———

**Original Proceeding on Petition for Writ of Mandamus**

———

## MEMORANDUM OPINION

Relator, C.D.K., filed a petition for writ of mandamus challenging the trial court's temporary order changing the person with the exclusive right to designate the primary residence of the children.[1]

---

[1] The underlying case is *In the Interest of E.S.K. and E.J.K.*, cause number 2014-48883, pending in the 246th District Court of Harris County, Texas, the Honorable Angela Graves-Harrington presiding.

We deny the petition.  *See* TEX. R. APP. P. 52.8(a).  We dismiss as moot any pending motions.

**PER CURIAM**

Panel consists of Justices Kelly, Hightower, and Countiss.